United States District Court
Southern District of Texas
**ENTERED**
November 14, 2025
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| Juan Carlos Zambrano, Individually and On Behalf of Others Similarly Situated<br>Plaintiff, | § | |
| V. | § | CIVIL ACTION NO. 4:24-cv-3408 |
| M&R Manufacturing LLC,<br>RVO Manufacturing, LLC, and<br>Ronak Patel,<br>Defendants. | § | JURY DEMANDED |

## ORDER OF DISMISSAL WITH PREJUDICE

Upon stipulation of the parties and dismissal by the Plaintiff, this case is dismissed with prejudice to refiling. All parties are to bear their own fees and costs.

Signed on November 14, 2025.

Andrew S. Hanen
United States District Judge